433 A.2d 537

Gloria DaCosta et al., Appellants v. Herman Corbett et al.

Argued September 9, 1980. Allen L. Feingold, for appellant; Frederick T. Lachat, Jr., for appellees.

Before WICKERSHAM, HOFFMAN and VAN der VOORT, JJ.

Appeal quashed.